-1-

### IN UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| EDNA FRANCHINI and VALERIE SEALS, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>ACCU-TIME SYSTEMS, INC.,<br><br>Defendant. | Case No. 1:21-cv-05075<br><br>Hon. Steven C. Seeger |

### NOTICE OF AFFILIATES PURSUANT TO LOCAL RULE 3.2

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Local Rule 3.2 of the United States District Court for the Northern District of Illinois, and the Court's Order dated December 28, 2023 [Dkt. 41], Defendant Accu-Time Systems, Inc. ("ATS"), by and through its undersigned counsel, makes the following disclosure statements:

1. ATS is a private Delaware corporation, with no publicly held affiliates.

2. The following entity owns 5% or more of ATS: Amano USA Holdings, Inc.

-1-

-2-

                                              **ACCU-TIME SYSTEMS, INC.**

                                              By:  /s/ *Sonya Rosenberg*
                                                      One of Its Attorneys

Sonya Rosenberg
srosenberg@nge.com
Alexis M. Dominguez
adominguez@nge.com
Alissa J. Griffin
agriffin@nge.com
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street
Suite 1700
Chicago, IL  60602-3801
(312) 269-8000

Andrew M. Zeitlin (*pro hac vice* pending)
azeitlin@goodwin.com
SHIPMAN & GOODWIN LLP
300 Atlantic Street, 3rd Floor
Stamford, CT 06901-3522
(203) 324-8111

*Counsel for Defendant Accu-Time Systems, Inc.*

Dated:  January 2, 2024

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this 2nd day of January, 2024, electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to all counsel of record.

/s/ *Alexis M. Dominguez*

35962976.1