**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
Eastern Division**

Edna Franchini, et al.
                                       Plaintiff,

v.                                                         Case No.: 1:21−cv−05075
                                                           Honorable Steven C. Seeger

Accu−Time Systems, Inc.
                                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 23, 2024:

    MINUTE entry before the Honorable Steven C. Seeger: On August 5, 2024, this Court issued a decision denying the motion to dismiss. (Dckt. No. [21]) By September 30, 2024, the parties must file a joint statement and propose a fact discovery deadline. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.