# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| EDNA FRANCHINI and VALERIE SEALS, *individually and on behalf of all others similarly situated,* <br><br> Plaintiffs, <br><br> v. <br><br> ACCU-TIME SYSTEMS, INC., <br><br> Defendant. | Case No. 1:21-cv-05075 <br><br> Hon. Steven C. Seeger |

## JOINT STATUS REPORT ON THE STATUS OF SETTLEMENT DISCUSSIONS

Pursuant to the Court's Order dated January 27, 2025 [Dkt. 58], Plaintiffs Edna Franchini and Valerie Seals ("Plaintiffs"), together with Defendant Accu-Time Systems, Inc. ("ATS"), by and through their respective counsel, submit the following Joint Status Report:

The Parties continue to engage in settlement discussions. In furtherance of those discussions, the Parties have agreed to participate in a mediation with the Honorable Morton Denlow (Ret.) of JAMS. The Parties will request potential mediation dates from JAMS.

On January 23, 2025, Plaintiffs took the Rule 30(b)(6) deposition of ATS's corporate representatives. Plaintiffs have prepared additional subpoenas for potential class data based upon information from the deposition, and the Parties are discussing additional supplemental discovery. Plaintiffs have received some, but not all data for potential class members from subpoena respondents and continue to confer with respondents regarding subpoena responses. Most subpoena respondents have requested extensions.

-2-

The Parties further request that the Court stay or continue the discovery deadline until after the pending mediation, to allow time for the Parties to fully explore whether this matter may be resolved by agreement.

The Parties propose filing a status report in two weeks to update the Court on the scheduled mediation date.

**JOINTLY PREPARED AND AGREED TO BY:**

| | |
|---|---|
| /s/*Mara Baltabols* | /s/*Andrew Zeitlin* (with consent) |
| Counsel for Plaintiffs | Counsel for Defendant |
| | |
| David Fish | Sonya Rosenberg |
| Mara Baltabols | srosenberg@nge.com |
| Workplace Law Partners, P.C. | Alexis M. Dominguez |
| 155 N. Michigan Ave., Suite 719 | adominguez@nge.com |
| Chicago, IL 60601 | Alissa J. Griffin |
| (312) 861-1800 | agriffin@nge.com |
| dfish@fishlawfirm.com | NEAL, GERBER & EISENBERG LLP |
| mara@fishlawfirm.com | Two North LaSalle Street |
| | Suite 1700 |
| | Chicago, IL 60602-3801 |
| | (312) 269-8000 |
| | |
| | Andrew M. Zeitlin (admitted pro hac vice) |
| | azeitlin@goodwin.com |
| | SHIPMAN & GOODWIN LLP |
| | 300 Atlantic St., 3rd Floor |
| | Stamford, CT 06901-3522 |
| | (203) 324-8111 |

-3-

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 3, 2025, that the foregoing was electronically filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system, which sent notification of such filing to all CM/ECF participants.

/s/ *Mara Baltabols*
Counsel for Plaintiff