**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.2)**
**Eastern Division**

Edna Franchini, et al.
                                Plaintiff,

v.                                                Case No.: 1:21−cv−05075
                                                        Honorable Steven C. Seeger

Accu−Time Systems, Inc.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 10, 2025:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the joint status report. (Dckt. No. [59]) The parties plan to participate in mediation with Judge Denlow (Ret.) of JAMS. In light of the mediation, the Court grants the request to stay the discovery deadline. The parties must file a status report by February 21, 2025. The parties also must file a status report one week after the completion of the mediation. The Court encourages the parties to discuss settlement in good faith. If the parties do not settle, then they must propose a new deadline for fact discovery. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.