IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDNA FRANCHINI and VALERIE SEALS, *individually and on behalf of all others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>ACCU-TIME SYSTEMS, INC.,<br><br>Defendant. | Case No. 1:21-cv-05075<br><br>Hon. Steven C. Seeger |

**JOINT STATUS REPORT ON THE STATUS OF SETTLEMENT DISCUSSIONS**

Pursuant to the Court's Order dated February 10, 2025 [Dkt. 60], Plaintiffs Edna Franchini and Valerie Seals ("Plaintiffs"), together with Defendant Accu-Time Systems, Inc. ("ATS"), by and through their respective counsel, submit the following Joint Status Report:

The Parties have agreed to participate in a mediation with the Honorable Morton Denlow (Ret.) of JAMS. The Parties have agreed request potential mediation dates from JAMS for a date in June to avoid scheduling conflicts and allow sufficient time to receive necessary information from subpoena respondents.

The Parties propose filing a status report on or before April 1, 2025, to update the Court on the scheduled mediation date.

**JOINTLY PREPARED AND AGREED TO BY:**

| | |
|---|---|
| /s/*Mara Baltabols*<br>Counsel for Plaintiffs<br><br>David Fish<br>Mara Baltabols<br>Workplace Law Partners, P.C. | /s/*Andrew M. Zeitlin* (with consent)<br>Counsel for Defendant<br><br>Sonya Rosenberg<br>srosenberg@nge.com<br>Alexis M. Dominguez |

| | |
|---|---|
| 155 N. Michigan Ave., Suite 719<br>Chicago, IL 60601<br>(312) 861-1800<br>dfish@fishlawfirm.com<br>mara@fishlawfirm.com | adominguez@nge.com<br>Alissa J. Griffin<br>agriffin@nge.com<br>NEAL, GERBER & EISENBERG LLP<br>Two North LaSalle Street<br>Suite 1700<br>Chicago, IL 60602-3801<br>(312) 269-8000<br><br>Andrew M. Zeitlin (admitted pro hac vice)<br>azeitlin@goodwin.com<br>SHIPMAN & GOODWIN LLP<br>300 Atlantic St., 3rd Floor<br>Stamford, CT 06901-3522<br>(203) 324-8111 |

-3-

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 20, 2025, that the foregoing was electronically filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system, which sent notification of such filing to all CM/ECF participants.

/s/ *Mara Baltabols*
Counsel for Plaintiff