IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDNA FRANCHINI and VALERIE SEALS, *individually and on behalf of all others similarly situated,*<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>ACCU-TIME SYSTEMS, INC.,<br><br>　　　　　　　　　Defendant. | Case No. 1:21-cv-05075<br><br>Hon. Steven C. Seeger |

**JOINT STATUS REPORT ON THE STATUS OF SETTLEMENT**

Pursuant to the Court's Order dated June 20, 2025 [Dkt. 69][1], Plaintiffs Edna Franchini and Valerie Seals ("Plaintiffs"), together with Defendant Accu-Time Systems, Inc. ("ATS"), by and through their respective counsel, submit the following Joint Status Report:

The Parties have reached agreement on the non-monetary terms of a settlement. They are currently working with mediator Judge Denlow (Ret.) to discuss and try to reach agreement on the monetary terms of a settlement.

**JOINTLY PREPARED AND AGREED TO BY:**

/s/*Mara Baltabols*　　　　　　　　　　　　/s/*Andrew M. Zeitlin* (with consent)
Counsel for Plaintiffs　　　　　　　　　　　Counsel for Defendant

David Fish　　　　　　　　　　　　　　　Sonya Rosenberg
Mara Baltabols　　　　　　　　　　　　　srosenberg@nge.com
Workplace Law Partners, P.C.　　　　　　Alexis M. Dominguez
155 N. Michigan Ave., Suite 719　　　　　adominguez@nge.com
Chicago, IL 60601　　　　　　　　　　　Alissa J. Griffin
(312) 861-1800　　　　　　　　　　　　agriffin@nge.com

---

[1] The original due date for the status report was June 27, 2025. The Parties were discussing settlement but neglected to file by that date. The Parties sincerely regret the oversight.

-2-

| | |
|---|---|
| dfish@fishlawfirm.com<br>mara@fishlawfirm.com | NEAL, GERBER & EISENBERG LLP<br>Two North LaSalle Street<br>Suite 1700<br>Chicago, IL 60602-3801<br>(312) 269-8000<br><br>Andrew M. Zeitlin (admitted pro hac vice)<br>azeitlin@goodwin.com<br>SHIPMAN & GOODWIN LLP<br>300 Atlantic St., 3rd Floor<br>Stamford, CT 06901-3522<br>(203) 324-8111 |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 1, 2025, that the foregoing was electronically filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system, which sent notification of such filing to all CM/ECF participants.

/s/ *Mara Baltabols*
Counsel for Plaintiffs