UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Edna Franchini, et al.
                    Plaintiff,
v.                                              Case No.: 1:21−cv−05075
                                                Honorable Steven C. Seeger
Accu−Time Systems, Inc.
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 11, 2025:

MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the joint status report. (Dckt. No. [75]) The parties have reached a proposed class settlement. Plaintiffs' motion for preliminary approval of the class action settlement (Dckt. No. [76]) is hereby granted. The parties reached a settlement as part of a mediation before Hon. Morton Denlow (Ret.), which creates a lot of confidence in the fairness of the process. The settlement was reached on an arms−length basis. The Court reviewed the settlement agreement, and preliminarily finds that the terms are fair, reasonable, and adequate. The settlement amount reflects the complexities of the case and the inherent risks of litigation. The proposed settlement appears to satisfy all of the elements under Rule 23(e)(2). The Court certifies the proposed settlement class. The Court approves the proposed class notice. The parties must submit a Word version of the Preliminary Approval Order to the proposed order inbox: proposed_order_seeger@ilnd.uscourts.gov. This Court will set a date for a final approval hearing after receipt of that proposed order. The parties must propose a schedule in that submission. A footnote in the filing noted that the complaint misspelled the first name of the Plaintiff, which is "Valarie" not "Valerie." The Court directs the Clerk's Office to update the docket sheet accordingly. The complaint is deemed amended to include her proper name. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.