**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Edna Franchini, et al.
                            Plaintiff,

v.                                                     Case No.: 1:21–cv–05075
                                                             Honorable Steven C. Seeger

Accu–Time Systems, Inc.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, October 6, 2025:

      MINUTE entry before the Honorable Steven C. Seeger: Plaintiffs' motion for an extension of the fact discovery deadline (Dckt. No. [84]) is hereby granted. As proposed, the Court extends the fact discovery deadline by 45 days to give the parties time to collect information for purposes of class notice. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.