# EXHIBIT 4

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

EDNA FRANCHINI and VALARIE
SEALS, *individually and on behalf of all others
similarly situated,*

Plaintiffs,

v.

ACCU-TIME SYSTEMS, INC.,

Defendant.

Case No. 1:21-cv-05075

Hon. Steven C. Seeger

## FINAL APPROVAL ORDER

This matter coming before the Court on Plaintiffs' Motion for Final Approval of Class Action Settlement and Plaintiffs' Motion and Memorandum In Support of Attorney Fees, Costs, and Service Awards, the Court having reviewed and considered the motions, including all supporting documents, and the Court having conducted a hearing,

IT IS ORDERED AS FOLLOWS:

1.      Capitalized terms not otherwise defined in this Final Approval Order are defined in the Parties' Settlement Agreement.

2.      The Court-approved Notice of Class Action Settlement and accompanying Claim Form ("Notice") were distributed by the Settlement Administrator to Settlement Class Members by direct mail and, where available, by text message. The Settlement Administrator also established a publicly-available settlement website with the Notice, settlement documents, a mechanism to submit electronic Claim Forms, answers to frequently asked questions, and avenues for Settlement Class Members to seek more information. The Notice and the methods of distribution satisfy due process, the requirements of Rule 23(e)(1)(B) of the Federal Rules of Civil Procedure, and constitute the best notice practicable under the circumstances.

3.      No Settlement Class Members excluded themselves from the Settlement and there were no objections.

4.      The Court grants final certification of the class that the Court previously certified for settlement purposes in its Preliminary Approval Order. The class is defined as follows:

All individuals who used the alleged biometric collection technology described in the Complaint filed in this Action at one of the following businesses (hereinafter "Defendant's Customers") in Illinois during the Class Period:

| |
|---|
| Aclara |
| Ansira Partners |
| Ardent Mills |
| Benchmark |
| Bob's Discount Furniture |
| Ecolab |
| Enova |
| Fellowes |
| Ferguson |
| Fresh Express |
| H&E Equipment (OneSource) |
| Hello Fresh |
| Ilitch (LCS/Blue Line/Little Caesars) |
| Montage |
| Patagonia |
| Ring Container |
| Scotts Miracle Grow |
| Societe General |
| TD Synnex |
| Van Pool |
| Victaulic |
| Waste Connections |
| World Fuel Services |
| XPEL |

5.      The Court finds the settlement memorialized in the Settlement Agreement and filed with the Court is fair, reasonable, and adequate, and in the best interests of Settlement Class

2

Members. The Court finds that: (a) the strength of the Settlement Class Representatives' and Settlement Class Members' claims weighed against the Defendant's defenses and the complexity, length and expense of further litigation support approval of the Settlement; (b) the Gross Fund of $1,500,000.00 as set forth in the Settlement Agreement is a fair, reasonable and adequate settlement of the claims; (c) the Settlement was reached pursuant to arm's-length negotiations between the parties; (d) the support for the Settlement expressed by Settlement Class Counsel, who have significant experience representing parties in complex class actions, including those involving Biometric Information Privacy Act claims, weighs in favor of approval of the Settlement; (e) the absence of any objections to the Settlement by Settlement Class Members supports approval of the Settlement; and (f) the Action has progressed to a stage where the Court and the parties could evaluate the merits of the case, potential damages, and the probable course of future litigation.

6.      The Parties and the Settlement Administrator are ordered to comply with the terms of the Settlement Agreement.

7.      The Court awards $35,903 to the Settlement Administrator, Analytics Consulting LLC, for its work administering the Settlement

8.      The Settlement Administrator shall issue payments to all Settlement Class Participants as described in the Settlement Agreement.

9.      The Court awards Settlement Class Counsel $500,000 in attorney fees and $23,819.15 in litigation costs.

10.     The Court awards Settlement Class Representatives $7,500 each as Service Awards.

3

11.     Funds from checks not cashed by Settlement Class Participants shall be distributed to the *cy pres*, Prairie State Legal Services.

Dated: _____          _____
                                        Steven C. Seeger
                                        United States District Judge